# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Sprint Communications, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Dakota Central Telecommunications | ) | |
| Cooperative, Inc., et. al., | ) | |
| | ) | Case No. 4:14-cv-065 |
| Defendants. | ) | |

Before the court is a motion for attorney Gerard J. Duffy to appear *pro hac vice* on defendants' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Gerard J. Duffy has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 30) is **GRANTED**. Attorney Gerard J. Duffy is admitted to practice before this court in the above-entitled action on defendants' behalf.

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge