**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Sprint Communications Company, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Dakota Central Telecommunications | ) | |
| Cooperative, Inc., et. al., | ) | |
| | ) | Case No. 4:14-cv-065 |
| Defendants. | ) | |

Before the court are motions for attorneys Bret A. Dublinske and Brandt M. Leonard to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Bret A. Dublinske and Brandt M. Leonard have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 34 and 35) are **GRANTED**. Attorneys Bret A. Dublinske and Brandt M. Leonard are admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 5th day of November, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge